**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Heather Hughes v. Peter Giammanco

Appellate case number:   01-18-00771-CV

Trial court case number:  2018-26459

Trial court:                      129th District Court of Harris County

On September 20, 2018, this Court granted appellant's emergency motion and ordered the trial court proceedings stayed until November 6, 2018. The Court withdraws its September 20 order and issues this order in its place:

Appellant's emergency motion to stay trial court proceedings pending resolution of this interlocutory appeal of the trial court's order denying her motion to dismiss under the Texas Citizens Participation Act is GRANTED. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(12), (b) (interlocutory appeal of denial of TCPA motion to dismiss "stays all other proceedings in the trial court pending resolution of that appeal"). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown_____
                              Acting individually


Date:  October 30, 2018_____